UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------  2:18-CV-14829WJM

GUSTAVO A. MOYA, JR.,

    Plaintiff,

  v.  **O R D E R**

UNITED AIRLINES, INC.,
CHARLENE GMUNDER, ALISA
ATWATER, et al,

    Defendants.
------------------------------

    A Report and Recommendation was filed on December 11, 2019 recommending that Plaintiff's motion to remand (#27) be denied as well as Defendant's motion for sanctions (#31).

    The parties were notified that they had fourteen days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by the Court, and the Court having reviewed the Report and Recommendation *de novo*, and for good cause shown;

    It is on this 30th day of December 2019, hereby

    **ORDERED** that the Report and Recommendation of Chief Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

    **ORDERED** that Plaintiff's motion to remand is **DENIED**; and it is further

    **ORDERED** that Defendant's motion for sanctions is **DENIED.**

                                          s/William J. Martini
                                          WILLIAM J. MARTINI, U.S.D.J.